No. 82–1894. ALDRICH v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 82–1897. FIRST CATHOLIC SLOVAK LADIES ASSN. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 82–1898. KONDRAT v. SCHAEFER ET AL. Ct. App. Ohio, Lake County. Certiorari denied.

No. 82–1900. SIANO v. JUSTICES OF MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–1901. SIANO v. UNITED STATES FIDELITY & GUARANTY CO. ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 82–1903. O'BRIEN v. WILCOX & SCHLOSSER CO., L.P.A. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 82–1904. WATSON ET AL. v. BARTLETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1905. SUN CHEMICAL CORP., SUCCESSOR IN INTEREST BY MERGER TO KOLLSMAN INSTRUMENT CORP. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 82–1906. LACLEDE GAS CO. v. OFFICE OF PUBLIC COUNSEL OF MISSOURI ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 82–1907. MISSISSIPPI POWER CO. v. MISSISSIPPI PUBLIC SERVICE COMMISSION ET AL. Sup. Ct. Miss. Certiorari denied.

No. 82–1908. CARDOSA ET AL. v. MORALES. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 82–1910. ANCHOR MOTOR FREIGHT, INC. v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL UNION No. 377, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–1914. FALKOWSKI v. PERRY ET AL. C. A. 11th Cir. Certiorari denied.